IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2586-AP**

**ROSEMARY CORTEZ,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #13), filed April 3, 2009, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$1,237.50**.

Dated at Denver, Colorado, this 3th day of April, 2009.

       BY THE COURT:

       *S/John L. Kane*
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT